**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TRI-STATE MANAGEMENT CORP.                                                                              PLAINTIFF

v.                                           NO. 5:15CV00199 JLH

DEPARTMENT OF AGRICULTURE,
Rural Development Division;
JAMES PEACOCK; JACKYE PEACOCK;
and CHUBB CUSTOM INSURANCE COMPANY                                           DEFENDANTS

## **ORDER**

Pursuant to the stipulation of the parties, Chubb Custom Insurance Company is hereby dismissed from this action with prejudice. Document #15.

IT IS SO ORDERED this 13th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE