**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

TRI-STATE MANAGEMENT CORP.                                                      PLAINTIFF

v.                                            NO. 5:15CV00199 JLH

DEPARTMENT OF AGRICULTURE,
Rural Development Division;
JAMES PEACOCK; and JACKYE PEACOCK                                  DEFENDANTS

## FINAL ORDER

Tri-State Management Corporation has filed a report in which it states that it has fully complied with the Interpleader Order entered on April 19, 2016. This matter is therefore concluded, and the action is dismissed.

IT IS SO ORDERED this 1st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE